IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, as subrogee of Riverside \| Condominium Association, Incorporated<br>518 East Broad Street<br>Columbus, OH 43215,<br><br>              Plaintiff,<br><br>   v.<br><br>BRANDON RAMSEY d/b/a BRANDON RAMSEY<br>1007 Spring Creek Road<br>Dandridge, TN 37725,<br><br>              Defendant. | Civil Action No.: 3:24-cv-52<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF CITIZENSHIP PURSUANT TO
## RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, as subrogee of Riverside | Condominium Association, Incorporated ("Plaintiff"), by and through counsel, and pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, and files this *Certificate of Citizenship* disclosing and identifying the citizenship of the Plaintiff as follows:

**Party** – STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, as subrogee of Riverside | Condominium Association, Incorporated

**Citizenship** – The Plaintiff is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business located at 518 East Broad Street, Columbus, OH 43215.

Respectfully Submitted,

BELL, McCANN & McINTEER, PLC

/s/ Justin F. Seamon
Justin F. Seamon (BPR No. 029382)
Matthew W. McInteer (BPR No.22923)
713 Melpark Dr.
Nashville, TN 37204
Tel:   (615) 292-2600
Fax:   (615) 829-8440
justin@b2mlaw.com
matthew@b2mlaw.com

*Attorneys for the Plaintiffs*